IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NICOLE D. WINSTEAD**                                                                                   **PLAINTIFF**

**v.**                                     **Case No. 4:22-cv-00943 KGB**

**MORTGAGE FINANCIAL SERVICES**
**HOME LOANS d/b/a MORTGAGE**
**FINANCIAL SERVICES, LLC**                                                                **DEFENDANT**

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 40). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal with prejudice. The Court denies as moot the pending motion for summary judgment (Dkt. No. 24). The Court dismisses with prejudice the action, with each party to bear its own costs.

It is so ordered this 28th day of August, 2024.

_____
Kristine G. Baker
Chief United States District Judge